**Exhibit A – Parcel Map**

