Robert L. Janicki, #5493
Michael L. Ford, #8586
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:  (801) 323-2090
rjanicki@strongandhanni.com
mford@strongandhanni.com
*Attorneys for Defendants American Fork City,
American Fork City Police Department, Darren
Falslev, C. Slate Blackburn, Phillip W.S. Craig,
Jennifer L. Nakai, Kandace N. Konechny, and
Seth Waite*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JANENE THORPE, an individual; CHRISTOPHER THORPE, SR., an individual, CHRISTOPHER THORPE, JR., an individual; CHARLIE THORPE, an individual, <br><br>     Plaintiffs, <br><br> vs. <br><br> CEDAR HILLS CITY, a government entity; AMERICAN FORK CITY, a government entity; AMERICAN FORK CITY POLICE DEPARTMENT, a government entity; DARREN FALSLEV, in his official capacity and individual capacity as AMERICAN FORK POLICE CHIEF; C. SLATE BLACKBURN, in his official and individual capacities; PHILLIP W.S. CRAIG, in his official and individual capacities; JENNIFER L. NAKAI, in her official and individual capacities, KANDACE N. KONECHNY, in her official and individual capacities; SETH WAITE, in his official and individual capacity; and JOHN or JANE DOES, 1-15, in their individual and/or official capacities, <br><br>     Defendants. | **DEFENDANTS' ANSWER TO AMENDED COMPLAINT** <br><br><br> Case No.:  2:23-CV-00242-DBB-DAO <br><br> Judge David Barlow <br> Magistrate Daphne A. Oberg |

Defendants American Fork City, American Fork City Police Department, Darren Falslev, C. Slate Blackburn, Phillip W.S. Craig, Jennifer L. Nakai, Kandace N. Konechney, and Seth Waite, (collectively "these answering Defendants"), by and through counsel of record, hereby answer Plaintiffs' Amended Complaint as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint fails to state a claim against this answering Defendant upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

1. The allegations set forth in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 set forth legal conclusions to which no response is required from these answering Defendants. To the extent a response may be deemed required, these allegations are denied.

2. These answering Defendants are without information regarding the allegations contained in paragraphs 11, 12, 13, 14, 15, and 16 of Plaintiffs' Amended Complaint and therefore deny the same.

3. These answering Defendants admit the allegations contained in paragraphs 17 and 18 of Plaintiffs' Amended Complaint.

4. These answering Defendants deny the allegations contained in paragraph 19 of Plaintiffs' Amended Complaint.

5. These answering Defendants admit the allegations contained in paragraph 20 of Plaintiffs' Amended Complaint.

6. These answering Defendants deny the allegations contained in paragraph 21 of Plaintiffs' Amended Complaint.

7.     With regard to the allegations contained in paragraph 22 of Plaintiffs' Amended Complaint, these answering Defendants admit that Chief Falslev was at all relevant times the Chief of Police for American Fork Police Department.  These answering Defendants deny the remaining allegations contained in paragraph 22.

8.     These answering Defendants admit the allegations contained in paragraphs 23 and 24 of Plaintiffs' Amended Complaint.

9.     With regard to the allegations contained in paragraph 25 of Plaintiffs' Amended Complaint, these answering Defendants admit that Officer Blackburn was at all relevant times a law enforcement officer for AFPD.  These answering Defendants deny the remaining allegations contained in paragraph 25.

10.     These answering Defendants admit the allegations contained in paragraphs 26 and 27 of Plaintiffs' Amended Complaint.

11.     With regard to the allegations contained in paragraph 28 of Plaintiffs' Amended Complaint, these answering Defendants admit that Officer Craig was at all relevant times a law enforcement officer for AFPD.  These answering Defendants deny the remaining allegations contained in paragraph 28.

12.     These answering Defendants admit the allegations contained in paragraphs 29 and 30 of Plaintiffs' Amended Complaint.

13.     With regard to the allegations contained in paragraph 31 of Plaintiffs' Amended Complaint, these answering Defendants admit that Seargent Nakai was at all relevant times a law enforcement officer for AFPD.  These answering Defendants deny the remaining allegations contained in paragraph 31.

14. These answering Defendants admit the allegations contained in paragraphs 32 and 33 of Plaintiffs' Amended Complaint.

15. With regard to the allegations contained in paragraph 34 of Plaintiffs' Amended Complaint, these answering Defendants admit that Detective Konechny was at all relevant times a law enforcement officer for AFPD. These answering Defendants deny the remaining allegations contained in paragraph 34.

16. These answering Defendants admit the allegations contained in paragraphs 35 and 36 of Plaintiffs' Amended Complaint.

17. With regard to the allegations contained in paragraph 37 of Plaintiffs' Amended Complaint, these answering Defendants admit that Officer Waite was at all relevant times a law enforcement officer for AFPD. These answering Defendants deny the remaining allegations contained in paragraph 37.

18. These answering Defendants admit the allegations contained in paragraphs 38 and 39 of Plaintiffs' Amended Complaint.

19. The allegations contained in paragraphs 40, 41, 42, 43, and 44 of Plaintiffs' Amended Complaint are not directed at these answering Defendants, and as such, no response is required. To the extent a response may be deemed required, these allegations are denied.

20. In response to the allegations contained in paragraph 45 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 44, as if fully set forth herein.

21. These answering Defendants admit the allegations contained in paragraphs 46 and 47 of Plaintiffs' Amended Complaint.

22.     These answering Defendants are without information regarding the allegations contained in paragraphs 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59 of Plaintiffs' Amended Complaint and therefore deny the same.

23.     These answering Defendants deny the allegations contained in paragraphs 60 and 61 of Plaintiffs' Amended Complaint.

24.     These answering Defendants are without information regarding the allegations contained in paragraphs 62, 63, and 64 of Plaintiffs' Amended Complaint and therefore deny the same.

25.     These answering Defendants deny the allegations contained in paragraphs 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, and 77 of Plaintiffs' Amended Complaint.

26.     These answering Defendants are without information regarding the allegations contained in paragraphs 78, 79, 80, and 81 of Plaintiffs' Amended Complaint and therefore deny the same.

27.     These answering Defendants deny the allegations contained in paragraphs 82, 83, 84, 85, 86, 87, 88, 89, and 90 of Plaintiffs' Amended Complaint.

28.     These answering Defendants are without information regarding the allegations contained in paragraphs 91, 92, 93, and 94 of Plaintiffs' Amended Complaint and therefore deny the same.

29.     These answering Defendants deny the allegations contained in paragraph 95, with all its subparts, of Plaintiffs' Amended Complaint.

30.     These answering Defendants deny the allegations contained in paragraphs 96, 97, and 98 of Plaintiffs' Amended Complaint.

31.    These answering Defendants are without information regarding the allegations contained in paragraphs 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, and 111 of Plaintiffs' Amended Complaint and therefore deny the same.

32.    These answering Defendants deny the allegations contained in paragraph 112 of Plaintiffs' Amended Complaint.

33.    These answering Defendants are without information regarding the allegations contained in paragraphs 113 and 114 of Plaintiffs' Amended Complaint and therefore deny the same.

34.    These answering Defendants deny the allegations contained in paragraph 115 of Plaintiffs' Amended Complaint.

35.    These answering Defendants are without information regarding the allegations contained in paragraphs 116, 117, 118, 119, 120, 121, 122, 123, and 124 of Plaintiffs' Amended Complaint and therefore deny the same.

36.    These answering Defendants deny the allegations contained in paragraph 125 of Plaintiffs' Amended Complaint.

37.    These answering Defendants are without information regarding the allegations contained in paragraphs 126, 127, 128, 129, 130, and 131 of Plaintiffs' Amended Complaint and therefore deny the same.

38.    These answering Defendants deny the allegations contained in paragraphs 132 and 133 of Plaintiffs' Amended Complaint.

39.    These answering Defendants are without information regarding the allegations contained in paragraphs 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, and 148 of Plaintiffs' Amended Complaint and therefore deny the same.

40.     These answering Defendants deny the allegations contained in paragraph 149 of Plaintiffs' Amended Complaint.

41.     These answering Defendants are without information regarding the allegations contained in paragraphs 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, and 174 of Plaintiffs' Amended Complaint and therefore deny the same.

42.     These answering Defendants deny the allegations contained in paragraph 175 of Plaintiffs' Amended Complaint.

43.     These answering Defendants are without information regarding the allegations contained in paragraphs 176, 177, 178, 179, and 180 of Plaintiffs' Amended Complaint and therefore deny the same.

44.     These answering Defendants deny the allegations contained in paragraphs 181, 182, and 183 of Plaintiffs' Amended Complaint.

45.     These answering Defendants are without information regarding the allegations contained in paragraphs 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, and 208 of Plaintiffs' Amended Complaint and therefore deny the same.

46.     These answering Defendants deny the allegations contained in paragraph 209 of Plaintiffs' Amended Complaint.

47.     These answering Defendants are without information regarding the allegations contained in paragraphs 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, and 220 of Plaintiffs' Amended Complaint and therefore deny the same.

48.     These answering Defendants deny the allegations contained in paragraph 221 of Plaintiffs' Amended Complaint.

49.     These answering Defendants are without information regarding the allegations contained in paragraphs 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, and 264 of Plaintiffs' Amended Complaint and therefore deny the same.

50.     These answering Defendants deny the allegations contained in paragraph 265 of Plaintiffs' Amended Complaint.

51.     These answering Defendants are without information regarding the allegations contained in paragraphs 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, and 289 of Plaintiffs' Amended Complaint and therefore deny the same.

52.     These answering Defendants deny the allegations contained in paragraph 290 of Plaintiffs' Amended Complaint.

53.     These answering Defendants are without information regarding the allegations contained in paragraphs 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, and 381 of Plaintiffs' Amended Complaint and therefore deny the same.

54. These answering Defendants deny the allegations contained in paragraphs 382, 383, and 384 of Plaintiffs' Amended Complaint.

55. These answering Defendants are without information regarding the allegations contained in paragraphs 385, 386, 387, 388, 389, 390, 391, 392, and 393 of Plaintiffs' Amended Complaint and therefore deny the same.

56. These answering Defendants deny the allegations contained in paragraphs 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, and 414 of Plaintiffs' Amended Complaint.

57. These answering Defendants are without information regarding the allegations contained in paragraphs 415, 416, and 417 of Plaintiffs' Amended Complaint and therefore deny the same.

58. These answering Defendants deny the allegations contained in paragraphs 418, 419, and 420 of Plaintiffs' Amended Complaint.

59. These answering Defendants are without information regarding the allegations contained in paragraph 421 of Plaintiffs' Amended Complaint and therefore deny the same.

60. These answering Defendants deny the allegations contained in paragraphs 422 and 423 of Plaintiffs' Amended Complaint.

61. These answering Defendants are without information regarding the allegations contained in paragraphs 424, 425, 426, 427, and 428 of Plaintiffs' Amended Complaint and therefore deny the same.

62. These answering Defendants deny the allegations contained in paragraph 429 of Plaintiffs' Amended Complaint.

63.     These answering Defendants are without information regarding the allegations contained in paragraphs 430, 431, 432, 433, 434, 435, 436, 437, 438, and 439 of Plaintiffs' Amended Complaint and therefore deny the same.

64.     These answering Defendants deny the allegations contained in paragraph 440 of Plaintiffs' Amended Complaint.

65.     These answering Defendants are without information regarding the allegations contained in paragraphs 441, 442, 443, 444, 445, 446, 447, 448, 449, and 450 of Plaintiffs' Amended Complaint and therefore deny the same.

66.     These answering Defendants deny the allegations contained in paragraphs 451, 452, 453, and 454 of Plaintiffs' Amended Complaint.

67.     In response to the allegations contained in paragraph 455 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 454, as if fully set forth herein.

68.     These answering Defendants deny the allegations contained in paragraphs 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, and 468 of Plaintiffs' Amended Complaint.

69.     In response to the allegations contained in paragraph 469 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 468, as if fully set forth herein.

70.     These answering Defendants deny the allegations contained in paragraphs 470, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 487, 488, 489, 490, 491, 492, and 493 of Plaintiffs' Amended Complaint.

71.     In response to the allegations contained in paragraph 494 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 493, as if fully set forth herein.

72.     These answering Defendants admit the allegations contained in paragraph 495 of Plaintiffs' Amended Complaint.

73.     These answering Defendants deny the allegations contained in paragraphs 496, 497, 498, and 499 of Plaintiffs' Amended Complaint.

74.     These answering Defendants admit the allegations contained in paragraphs 500 and 501 of Plaintiffs' Amended Complaint.

75.     These answering Defendants deny the allegations contained in paragraphs 502, 503, 504, 505, 506, 507, 508, 509, and 510 of Plaintiffs' Amended Complaint.

76.     In response to the allegations contained in paragraph 511 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 510, as if fully set forth herein.

77.     The allegations contained in paragraphs 512, 513, 514, 515, 516, 517, 518. 519, 520, and 521 are not directed at these answering Defendants, and as such, no response is required.  To the extent a response may be deemed required from these answering Defendants, such allegations are denied.

78.     In response to the allegations contained in paragraph 522 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 521, as if fully set forth herein.

79.     These answering Defendants deny the allegations contained in paragraphs 523, 524 (including all subparts), 525, 526, 527, 528, 529, 530, 531, 532, 533, and 534 of Plaintiffs' Amended Complaint.

80.     In response to the allegations contained in paragraph 535 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 534, as if fully set forth herein.

81.     These answering Defendants deny the allegations contained in paragraphs 536, 537 (including all subparts), 538, 539, 540, 541, 542, 543, 544, 545, 546, 547, 548, 549, and 550 of Plaintiffs' Amended Complaint.

82.     In response to the allegations contained in paragraph 551 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 550, as if fully set forth herein.

83.     These answering Defendants deny the allegations contained in paragraphs 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, and 565 of Plaintiffs' Amended Complaint.

84.     In response to the allegations contained in paragraph 566 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 565, as if fully set forth herein.

85.     These answering Defendants deny the allegations contained in paragraphs 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 579, 580, and 581 of Plaintiffs' Amended Complaint.

86.     In response to the allegations contained in paragraph 582 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 581 as if fully set forth herein.

87.     These answering Defendants deny the allegations contained in paragraphs 583, 584, 585, 586, 587, 588, 589, 590, 591, 592, 593, 594, 595, 596, 597, and 598 of Plaintiffs' Amended Complaint.

88.     In response to the allegations contained in paragraph 599 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 598 as if fully set forth herein.

89.     The allegations contained in paragraphs 600, 601, 602, 603, 604, 605, 606, 607, 608, 609, 610, 611, 612, and 613 are not directed at these answering Defendants, and as such, no response is required.  To the extent a response may be deemed required from these answering Defendants, such allegations are denied.

90.     In response to the allegations contained in paragraph 614 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 613 as if fully set forth herein.

91.     These answering Defendants deny the allegations contained in paragraphs 615, 616, 617, 618, 619, 620, 621, 622, 623, 624, 625, 626, 627, and 628 of Plaintiffs' Amended Complaint.

92.     In response to the allegations contained in paragraph 629 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 628 as if fully set forth herein.

93.     These answering Defendants deny the allegations contained in paragraphs 630, 630 [sic], 631, 632, 633, 634, 635, 636, 637, 638, 639, 640, 641, 642, 643, and 644 of Plaintiffs' Amended Complaint.

94.     In response to the allegations contained in paragraph 645 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 644 as if fully set forth herein.

95.     These answering Defendants deny the allegations contained in paragraphs 646, 647, 648, 649, 650, 651, 652, 653, 654, 655, 656, 657, 658, 659, and 660 of Plaintiffs' Amended Complaint.

96.     In response to the allegations contained in paragraph 661 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 660 as if fully set forth herein.

97.     These answering Defendants deny the allegations contained in paragraphs 662, 663, 664, 665, 666, 667, 668, 669, 670, 671, 672, 673, and 674 of Plaintiffs' Amended Complaint.

98.     In response to the allegations contained in paragraph 675 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 674 as if fully set forth herein.

99.     These answering Defendants deny the allegations contained in paragraphs 676, 677, 678, 679, 670, 671, 672, 673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, and 688 of Plaintiffs' Amended Complaint.

100.    In response to the allegations contained in paragraph 689 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 688 as if fully set forth herein.

101.    These answering Defendants deny the allegations contained in paragraphs 690, 691, 692, 693, 694, 695, 696, 697, 698, 699, and 700 of Plaintiffs' Amended Complaint.

102.    In response to the allegations contained in paragraph 701 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 700 as if fully set forth herein.

103.    These answering Defendants deny the allegations contained in paragraphs 702, 703, 704, 705, 706, 707, and 708 of Plaintiffs' Amended Complaint.

104.    In response to the allegations contained in paragraph 709 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 708 as if fully set forth herein.

105.    These answering Defendants deny the allegations contained in paragraphs 710, 711, 712, 713, 714, 715, 716, 717, and 718 of Plaintiffs' Amended Complaint.

106.    In response to the allegations contained in paragraph 719 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 718 as if fully set forth herein.

107.    These answering Defendants deny the allegations contained in paragraphs 720, 721, 722, 723, 724, 725, 726, 727, 728, 729, 730, 731, and 732 of Plaintiffs' Amended Complaint.

108.   In response to the allegations contained in paragraph 733 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 732 as if fully set forth herein.

109.   These answering Defendants deny the allegations contained in paragraphs 734, 735, 736, 737, 738, 739, 740, 741, 742, 743, 744, 745, and 746 of Plaintiffs' Amended Complaint.

110.   In response to the allegations contained in paragraph 747 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 746 as if fully set forth herein.

111.   These answering Defendants deny the allegations contained in paragraphs 748, 749, 750, 751, 752, 753, 754, 755, and 756 of Plaintiffs' Amended Complaint.

112.   In response to the allegations contained in paragraph 757 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 756 as if fully set forth herein.

113.   These answering Defendants deny the allegations contained in paragraphs 758, 759, 760, 761, 762, 763, 764, 765, and 766 of Plaintiffs' Amended Complaint.

114.   In response to the allegations contained in paragraph 767 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 766 as if fully set forth herein.

115.   These answering Defendants deny the allegations contained in paragraphs 768, 769, 770, 771, 772, 773, 774, 775, 776, 777, 778, 779, 780, and 781 of Plaintiffs' Amended Complaint.

116.    In response to the allegations contained in paragraph 782 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 781 as if fully set forth herein.

117.    These answering Defendants deny the allegations contained in paragraphs 783, 784, 785, 786, 787, 788, 789, 790, 791, 792, 793, 794, 795, and 796 of Plaintiffs' Amended Complaint.

118.    In response to the allegations contained in paragraph 797 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 796 as if fully set forth herein.

119.    These answering Defendants deny the allegations contained in paragraphs 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, and 808 of Plaintiffs' Amended Complaint.

120.    In response to the allegations contained in paragraph 809 of Plaintiffs' Amended Complaint, these answering Defendants incorporate by reference their responses to paragraphs 1 through 808 as if fully set forth herein.

121.    These answering Defendants deny the allegations contained in paragraphs 810, 811, 812, 813, 814, 815, 816, 817, 818, 819, and 820 of Plaintiffs' Amended Complaint.

122.    These answering Defendants deny each and every allegation contained in Plaintiffs' prayer for relief.

123.    These answering Defendants deny each and every allegation contained in Plaintiffs' Amended Complaint not specifically admitted or modified herein.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs have a duty to mitigate damages. Should discovery evidence a failure on their part to do so, these answering Defendants reserve the right to assert failure to mitigate damages as a separate and affirmative defense.

## FOURTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants assert that to the extent the statute of limitations related to one or more of Plaintiffs' claims has expired, those claims are barred.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants assert that Plaintiffs' injuries or damages, if any, were caused by their own actions, conduct, or failures to act; therefore, their claims are barred either wholly or in part.

## SIXTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants assert that Plaintiffs' claims for punitive damages are barred by the United States Constitution and by the Constitution of the State of Utah; specifically, the due process and equal protection provisions of the Fifth and Fourteenth Amendments.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants assert that Plaintiff's claims for punitive damages must be proved by "clear and convincing evidence" as set forth by Utah Code Ann. §78-18-1, *et seq*.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants assert that Plaintiffs have failed to plead with particularity such allegations as would entitle them to claim a damage award for punitive damages as required by law.

## NINTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants allege that Plaintiffs' damages, if any, were caused by preexisting conditions.

## TENTH AFFIRMATIVE DEFENSE

As a separate defense, Defendants affirmatively assert that they engaged in good faith efforts to comply with the relevant law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrines of absolute and qualified immunity. Plaintiffs have failed to comply with the applicable requirements of the Governmental Immunity Act and therefore, their claims in this matter are barred.

## TWELFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiffs cannot show that any alleged constitutional violation was caused by a policy, custom, or practice of American Fork City.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiffs cannot show that any alleged misconduct or constitutional violations by Defendants were taken while acting under color of state law.

## FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendants are not liable under § 1983 for alleged violations of state law.

## FIFTEENTH AFFIRMATIVE DEFENSE

These answering Defendants have or may have other affirmative defenses which are not known at this time, but which may be ascertained through future discovery herein. These answering Defendants reserve the right to assert each and every affirmative defense that may be ascertained through future discovery herein.

WHEREFORE, these answering Defendants requests that Plaintiffs' Amended Complaint be dismissed, with prejudice, and for any such further relief as the court deems just and equitable.

## RELIANCE ON PLAINTIFFS' DEMAND FOR JURY TRIAL

Defendants hereby assert their reliance on Plaintiffs' jury demand and demand a trial by jury on all issues triable pursuant to Federal Rule of Civil Procedure 38(b).

DATED this 17th day of January, 2024.

STRONG & HANNI

/s/ Michael L. Ford
Robert L. Janicki
Michael L. Ford
*Attorneys for Defendants American Fork City,*
*American Fork City Police Department, Darren*
*Falslev, C. Slate Blackburn, Phillip W.S. Craig,*
*Jennifer L. Nakai, Kandace N. Konechny, and*
*Seth Waite*

## MAILING CERTIFICATE

I hereby certify that on the 17th day of January, 2024, a true and correct copy of the

foregoing **DEFENDANTS' ANSWER TO AMENDED COMPLAINT** was filed using the

court's electronic filing system, which sent notice to the following:

Justin D. Heideman
Norman W. Peat, Jr.
HEIDEMAN & ASSOCIATES
2696 N. University Ave. Suite 180
Provo, Utah 84604
jheideman@heidlaw.com
npeat@heidlaw.com
*Attorneys for Plaintiff*

H. Craig Hall
Hyrum J. Bosserman
Adam D. Goff
BENNETT TUELLER JOHNSON & DEERE
3165 E Millrock Dr 5th Floor
Salt Lake City, UT 84121
chall@btjd.com
hbosserman@btjd.com
agoff@btjd.com
*Attorneys for Cedar Hills City*

Gary R. Guelker
Jacob T. Gudenkauf
RESNICK & LOUIS, PC
222 South Main Street, 5th Floor
Salt Lake City, Utah 84101
gguelker@rlattorneys.com
jgudenkauf@rlattorneys.com
*Attorneys for Defendants American Fork
City; American Fork City Police
Department; C. Slate Blackburn;
Darren Falslev, American Fork City
Police Chief; Phillip W.S. Craig*

/s/ Chris Larson

21