# EXHIBIT H

## (American Fork PD Policy 207)

**Policy**

# 207

## American Fork Police Department
American Fork PD Policy Manual

# Training

## 207.1   PURPOSE AND SCOPE
It is the policy of the Department to administer a training program that will provide for the professional growth and continued development of its personnel. By doing so, the Department will ensure its personnel possess the knowledge and skills necessary to provide a professional level of service that meets the needs of the community.

## 207.2   PHILOSOPHY
This department seeks to provide ongoing training and encourages all personnel to participate in advanced training and formal education on a continual basis. Training is provided within the confines of funding, requirements of a given assignment, staffing levels and legal mandates. Whenever possible, this department will use courses certified by the Utah Peace Officer Standards and Training Division (POST).

## 207.3   OBJECTIVES
The objectives of the Training Program are to:

(a)    Enhance the level of law enforcement service to the public.

(b)    Increase the technical expertise and overall effectiveness of our personnel.

(c)    Provide for continued professional development of department personnel.

## 207.4   TRAINING PLAN

A training plan will be developed and maintained by the Command Staff. The plan will address the following state requirements:

- Compliance with POST mandated annual certified training of not less than 40 hours (Utah Code 53-6-202(4)(a)).

- Firearms qualifications.

- Emergency vehicle operations.

- Arrest control tactics (defensive tactics).

The plan should also address the following department requirements:

- Legislative Changes

- State Mandated Training

- Critical Issues Training

Copyright Lexipol, LLC 2020/12/23, All Rights Reserved.
Published with permission by American Fork Police Department

Am Fork 000360

American Fork Police Department
American Fork PD Policy Manual

*Training*

---

## 207.5 TRAINING NEEDS ASSESSMENT

The Training Unit will conduct an annual training-needs assessment of the Department. The needs assessment will be reviewed by Staff. Upon approval by the Staff, the needs assessment will form the basis of the training plan for the fiscal year.

## 207.6 TRAINING COMMITTEE

The Command Staff will identify the training needs of the department.

The Command Staff should review certain incidents to determine whether training would likely improve future outcomes or reduce or prevent the recurrence of the undesirable issues related to the incident. Specific incidents the Command Staff should review include, but are not limited to:

    (a)    Any incident involving the death or serious injury of an employee.

    (b)    Incidents involving a high risk of death, serious injury or civil liability.

    (c)    Incidents identified by a supervisor as appropriate to review to identify possible training needs.

Upon reviewing such incidents, the Command Staff will determine whether a training need exists, taking into consideration the mission of the department and available resources. If a training need exists, the Command Staff should take the appropriate steps to ensure that such training occurs.

## 207.7 TRAINING PROCEDURES

    (a)    All sworn personnel must complete 40 hours of POST-certified training for every 12-month period occurring between July 1 and June 31. It is each officer's individual and personal responsibility to ensure that he/she completes the required training hours per year.

    (b)    All employees must receive authorization from a supervisor prior to registering or applying for a training. Employees who register or apply for training without supervisor approval may be subject to discipline.

    (c)    From time to time, the department will require that employees attend mandatory training. All employees assigned to attend mandatory training shall attend unless previously excused by their immediate supervisor. Excused absences from mandatory training should be limited to:

        1.    Court appearances

        2.    First choice vacation

        3.    Sick leave

        4.    Physical limitations preventing the employee's participation

        5.    Emergency situations

    (d)    When an employee is unable to attend mandatory training, that employee shall:

---

Copyright Lexipol, LLC 2020/12/23, All Rights Reserved.
Published with permission by American Fork Police Department

Am Fork 000361

*Training*

---

      1.     Notify his/her supervisor as soon as possible, but no later than two hours prior to the start of training.

      2.     Document his/her absence in a memorandum to his/her supervisor.

      3.     Make arrangements through his/her supervisor to attend an alternate date.

(e)    Every employee promoted to a first-level supervisory position shall successfully complete at least 40 hours of Department-approved supervisory training prior to or within one year of such promotion.

(f)    Every employee promoted to a mid-level management position shall successfully complete at least 40 hours of Department-approved management training prior to or within one year of such promotion.

## 207.8   DAILY TRAINING BULLETINS

The Lexipol Daily Training Bulletins (DTBs) are contained in a web-accessed system that provides training on the American Fork Police Department policy manual and other important topics. Generally, one training bulletin is available for each day of the month. However, the number of DTBs may be adjusted.

Personnel assigned to participate in DTBs shall only use login credentials assigned to them. Personnel should not share their password with others and should frequently change their password to protect the security of the system. After each session, employees should logoff the system to prevent unauthorized access. The content of the DTBs is copyrighted material and shall not be shared with others outside of the Department.

Employees who are assigned to participate in the DTB program should complete each DTB at the beginning of their shift or as otherwise directed by their supervisor. Employees should not allow uncompleted DTBs to build up over time. Personnel may be required to complete DTBs missed during extended absences (e.g., vacation, medical leave) upon returning to duty. Although the DTB system can be accessed from any Internet active computer, employees shall only take DTBs as part of their on-duty assignment as unless directed otherwise by a supervisor.

Supervisors will be responsible for monitoring the progress of personnel under their command to ensure compliance with this policy.

## 207.9   REPORTING

Command Staff shall ensure that all required training records are forwarded to POST in the appropriate format pursuant to UAC R728-410-6.

---

Copyright Lexipol, LLC 2020/12/23, All Rights Reserved.
Published with permission by American Fork Police
Department

Am Fork 000362