# EXHIBIT I

## (Training History Reports)

# Training History Report
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*                     05/22/2025

For: **Blackburn, Christopher S**
POST ID   **3423–4604**

**Other Periods  (through 06/30/2023)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| DTBs | 07/01/2021 | 06/30/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 20h 0m |
| Firearms | 03/22/2022 | 03/24/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 30m |
| IT Security | 03/18/2022 | 03/18/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 0m |
| Sexual Harassment | 03/01/2022 | 03/18/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| Arrest Control (SWAT Training) | 03/17/2022 | 03/17/2022 | N/A | Completed | Agency - Arrest Control Techniques | 2h 0m |
| SWAT | 03/17/2022 | 03/17/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| SWAT | 02/24/2022 | 02/24/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 9h 0m |
| Arrest Control (SWAT Training) | 01/20/2022 | 01/20/2022 | N/A | Completed | Agency - Arrest Control Techniques | 1h 0m |
| De-Escalation (SWAT Training) | 01/20/2022 | 01/20/2022 | N/A | Completed | Agency - De-Escalation | 1h 0m |
| SWAT | 01/20/2022 | 01/20/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| SWAT | 01/20/2022 | 01/20/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Palantir | 01/18/2022 | 01/18/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| SWAT | 12/29/2021 | 12/29/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| De-Escalation (SWAT Training) | 11/18/2021 | 11/18/2021 | N/A | Completed | Agency - De-Escalation | 1h 0m |

**Training History Report**
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*                                          05/22/2025

For:    **Blackburn, Christopher S**
POST ID    **3423-4604**

| | | | | | | |
|---|---|---|---|---|---|---|
| SWAT Training | 11/18/2021 | 11/18/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Taser Re-cert | 11/02/2021 | 11/03/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Advanced Crime Scene Investigation | 10/11/2021 | 10/15/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 40h 0m |
| SWAT | 10/14/2021 | 10/14/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 5h 0m |
| Firearms | 09/20/2021 | 09/23/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 30m |
| SWAT | 09/16/2021 | 09/16/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| De-escalation | 08/26/2021 | 08/26/2021 | N/A | Completed | Agency - De-Escalation | 4h 0m |
| De-Escalation | 08/17/2021 | 08/19/2021 | N/A | Completed | Agency - De-Escalation | 1h 0m |
| De-Escalation (SWAT Training) | 07/15/2021 | 07/15/2021 | N/A | Completed | Agency - De-Escalation | 1h 0m |
| DT/Vehicle/De-escalation | 07/15/2021 | 07/15/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 10h 0m |
| Daily Training Bulletins | 07/01/2020 | 06/10/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 19h 30m |
| Safety Training | 07/01/2020 | 06/10/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |
| SWAT | 06/07/2021 | 06/07/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| SWAT | 05/20/2021 | 05/20/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Department Training | 05/18/2021 | 05/19/2021 | N/A | Completed | POST InService - General | 4h 0m |

*For Official Use Only*

# Training History Report

Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*

05/22/2025

For: **Blackburn, Christopher S**
POST ID  **3423-4604**

| Course | Start | End | Score | Status | Category | Hours |
|---|---|---|---|---|---|---|
| SWAT | 04/15/2021 | 04/15/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| SWAT | 03/18/2021 | 03/18/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| SWAT | 02/11/2021 | 02/11/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Virtra | 01/26/2021 | 01/28/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| SWAT Training | 01/21/2021 | 01/21/2021 | N/A | Completed | | 8h 0m |
| Bias Training | 09/01/2020 | 12/31/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 6h 0m |
| Taser Training | 10/05/2020 | 12/17/2020 | N/A | Completed | | 2h 0m |
| SWAT Training | 11/19/2020 | 11/19/2020 | N/A | Completed | | 8h 0m |
| OC Training | 11/10/2020 | 11/11/2020 | N/A | Completed | | 2h 0m |
| SWAT | 10/15/2020 | 10/15/2020 | N/A | Completed | | 8h 0m |
| Gang and Defensive Tactics | 10/01/2020 | 10/01/2020 | N/A | Completed | | 2h 0m |
| UHP - Advanced Roadside Impaired Driving Enforcement - UHP - A.R.I.D.E. Session 103 | 09/23/2020 | 09/24/2020 | | Graduated - 09/24/2020 | | 16h 0m |
| Utah County SWAT School | 09/11/2020 | 09/15/2020 | N/A | Completed | | 80h 0m |
| POST InService Online Courses - eWarrants Online Course | 09/02/2020 | 09/02/2020 | 50.00% | Completed - Passed | POST InService - General | 1h 0m |
| Investigative Search Tools | 08/30/2020 | 08/30/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| Firearms | 08/25/2020 | 08/27/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 30m |
| DI9 | 08/16/2020 | 08/16/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| SWAT | 07/16/2020 | 07/16/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Field Force Team | 07/06/2020 | 07/06/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |

*For Official Use Only*

*Page 4 of 5*

# Training History Report

Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*    05/22/2025

For:    **Blackburn, Christopher S**
POST ID    **3423-4604**

| | | | | | |
|---|---|---|---|---|---|
| Daily Training Bulletins | 01/01/2020 | 06/25/2020 | N/A | Completed | 18h 0m |
| Safety Training | 07/01/2019 | 06/25/2020 | N/A | Completed | 1h 30m |
| Stop Stick Training | 06/16/2020 | 06/17/2020 | N/A | Completed | 2h 0m |
| SWAT Training | 06/12/2020 | 06/12/2020 | N/A | Completed | 3h 0m |
| Deescalation Training | 06/08/2020 | 06/09/2020 | N/A | Completed | 2h 0m |
| Field Force | 06/02/2020 | 06/02/2020 | N/A | Completed | 4h 0m |
| Virtra | 05/26/2020 | 05/28/2020 | N/A | Completed | 1h 0m |
| Building Clearing and Felony Stop | 05/17/2020 | 05/17/2020 | N/A | Completed | 2h 0m |
| Field Force Officer Training | 05/04/2020 | 05/04/2020 | N/A | Completed | 4h 0m |
| SWAT Training | 04/16/2020 | 04/16/2020 | N/A | Completed | 8h 0m |
| Team Tactics | 04/11/2020 | 04/12/2020 | N/A | Completed | 4h 0m |
| SWAT | 03/11/2020 | 03/11/2020 | N/A | Completed | 6h 0m |
| Drug Interdiction | 02/10/2020 | 02/10/2020 | N/A | Completed | 1h 45m |
| Firearms Training | 01/27/2020 | 01/27/2020 | N/A | Completed | 2h 0m |
| SWAT Training | 01/16/2020 | 01/16/2020 | N/A | Completed | 2h 0m |
| Mental Health and PTSD Training | 01/06/2020 | 01/06/2020 | N/A | Completed | 2h 0m |
| Firearms Training | 11/19/2019 | 11/19/2019 | N/A | Completed | 2h 0m |
| Virtra Training | 10/28/2019 | 10/30/2019 | N/A | Completed | 2h 0m |
| POST EVO Basic Course - POST Basic EVO - September - Satellite | 09/23/2019 | 10/03/2019 | 100.00% | Graduated - 10/03/2019 | 40h 0m |
| POST Basic Law Enforcement Officer - UVU 41 LEO | 05/20/2019 | 08/29/2019 | 86.06% | Graduated - 08/29/2019 | 305h 0m |
| Tazer Training | 07/23/2019 | 07/23/2019 | N/A | Completed | 8h 0m |
| Annual In-Service Training - Provo City Constable's Office | 07/01/2018 | 06/30/2019 | N/A | Completed | Peace Officer - Agency Specific Topics | 40h 0m |
| POST Basic Special Function Officer - UVU SFO 2019-1 | 03/01/2019 | 05/10/2019 | 87.10% | Graduated - 05/10/2019 | 238h 0m |

**Total Hours    (1066h 15m)**

A grade of ## indicates that the weights for this class are not valid and grades cannot be calculated.

## Education

No education data exists.

## Miscellaneous

No miscellaneous data exists.

Am Fork 002149

# Training History Report

Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*    05/22/2025

For:  **Craig, Philip WS**
POST ID  **9014-6503**

---

**Craig, Philip WS**    **Person Status** Active    **DOB** ▮▮▮    **EEOC** White

**SSN** ▮▮▮    **Gender** Male

## Employment

| Organization | Active Dates | Most Recent Title/Rank | Employment Type | Appointment Type | Current Status |
|---|---|---|---|---|---|
| Utah County Sheriff's Office (Primary) | 10/02/2021 - Current | Law Enforcement Officer | Peace Officer | Law Enforcement Officer | Active |
| American Fork Police Department | 05/02/2018 - 09/29/2021 | Law Enforcement Officer | Peace Officer | Law Enforcement Officer | Inactive |

## Certifications

| Name | Issued | Expiration | Status |
|---|---|---|---|
| Emergency Vehicle Operations Basic Course | 07/29/2018 | Never Expires | Active (Active) |
| eWarrants Online Course | 11/13/2018 | Never Expires | Active (Active) |
| Law Enforcement Officer | 07/29/2018 | Never Expires | Active (Active) |
| POST Annual Training Requirement | 07/01/2021 | 06/30/2025 | Active (Active) |
| POST Triennial Training Requirement | 07/01/2024 | 06/30/2027 | Active (Active) |
| SFST Course | 07/03/2018 | Never Expires | Active (Active) |
| Special Function Officer | 11/21/2017 | Never Expires | Active (Active) |
| First Aid CPR/AED | 09/22/2017 | 09/22/2019 | Expired (Inactive) |
| Intoxilyzer Operator | 07/03/2018 | 08/26/2024 | Expired (Inactive) |
| Law Enforcement Officer Course | 07/03/2018 | 01/03/2020 | Expired (Inactive) |
| Radar/Lidar Operator | 07/03/2018 | 08/26/2024 | Expired (Inactive) |
| Special Function Officer Course | 11/21/2017 | 05/21/2019 | Expired (Inactive) |

## Training

**Upcoming, Ongoing, & Unconfirmed**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Active Shooter Response | 12/14/2024 | 12/14/2024 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| | | | | | **Total Hours** | **(4h 0m)** |

**Current Period to Date  (07/01/2024 - 05/22/2025)**

| Course/Title (Course No.) | Training Dates | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|

Am Fork 001732

**Training History Report**
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*                    05/22/2025

For:  **Craig, Philip WS**
POST ID   **9014-6503**

| Course/Title | | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Spring Handgun Training & Qualification | 04/04/2025 | 04/04/2025 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| 2025 Spring Defensive Tactics In-Service Training | 03/21/2025 | 03/21/2025 | N/A | Completed | Peace Officer - Arrest Control Techniques | 3h 0m |
| 2025 EVO pursuit training | 02/22/2025 | 03/08/2025 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| 2025 UCSO Annual Training for Enforcement | 03/04/2025 | 03/04/2025 | N/A | Completed | Peace Officer - Special Needs | 1h 0m |
| 2025 UCSO Annual Training for Enforcement | 03/04/2025 | 03/04/2025 | N/A | Completed | Peace Officer - De-Escalation | 1h 0m |
| 2025 UCSO Annual Training for Enforcement | 03/04/2025 | 03/04/2025 | N/A | Completed | Peace Officer - Agency Specific Topics | 6h 0m |
| Fall Handgun Training & Qualification | 09/24/2024 | 09/24/2024 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |

**Total Hours**     **(23h 0m)**

**Previous Period  (07/01/2023 - 06/30/2024)**

| *Course/Title (Course No.)* | *Training Dates* | | *Grade* | *Status* | *Training Category* | *Hours* |
|---|---|---|---|---|---|---|
| ICAT De-Escalation Online Training Modules | 06/30/2024 | 06/30/2024 | N/A | Completed | Peace Officer - De-Escalation | 4h 0m |
| De-Escalation: When & How to Make It Work | 06/08/2024 | 06/30/2024 | N/A | Completed | Peace Officer - De-Escalation | 1h 30m |
| Lexipol Policy Review & Updates | 07/01/2023 | 06/30/2024 | N/A | Completed | Peace Officer - Agency Specific Topics | 10h 0m |

Am Fork 001733

# Training History Report
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*

05/22/2025

For:  **Craig, Philip WS**
POST ID  **9014-6503**

| Course/Title | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Rifle & Shotgun Quals & Training | 06/11/2024 | 06/27/2024 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Spring Handgun Training & Qualification | 04/05/2024 | 04/05/2024 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Defensive Tactics & Arrest Control Training | 02/09/2024 | 02/09/2024 | N/A | Completed | Peace Officer - Arrest Control Techniques | 3h 0m |
| UGIA Conference | 11/03/2023 | 11/03/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Fall Handgun Training & Qualification | 09/26/2023 | 09/26/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Rescue Task Force School Shooting | 08/04/2023 | 08/04/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |

**Total Hours**      **(42h 30m)**

## Other Periods  (through 06/30/2023)

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| 2023 UCSO Annual Training for Enforcement & Support Services VIDEO | 03/27/2023 | 06/30/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |
| Autism Awareness VIDEO | 03/10/2023 | 06/30/2023 | N/A | Completed | Peace Officer - Special Needs | 3h 0m |
| 2023 UCSO Mindset & Mental Health Training VIDEO | 03/07/2023 | 06/30/2023 | N/A | Completed | Peace Officer - Crisis Intervention | 3h 0m |
| Lexipol Policy Review & Updates | 07/01/2022 | 06/30/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 12h 0m |
| EVO Skills & P.I.T. Training | 05/06/2023 | 06/25/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |

# Training History Report
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*                    05/22/2025

For:    **Craig, Philip WS**
POST ID    **9014-6503**

| Course | Start | End | | Status | Category | Hours |
|---|---|---|---|---|---|---|
| Rifle & Shotgun Qualifications & Training | 06/14/2023 | 06/14/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| ABLE Training | 06/06/2023 | 06/06/2023 | N/A | Completed | Peace Officer - De-Escalation | 8h 0m |
| Spring Handgun Training & Qualification | 04/03/2023 | 04/26/2023 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Defensive Tactics & Arrest Control | 01/18/2023 | 02/08/2023 | N/A | Completed | Peace Officer - Arrest Control Techniques | 4h 0m |
| Rapid Deployment | 12/28/2022 | 12/28/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Rapid Deployment | 12/27/2022 | 12/27/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Rapid Deployment | 12/27/2022 | 12/27/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Firearms Handgun/RDS Course | 10/27/2022 | 10/27/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 8h 0m |
| Fall Handgun Training & Low Light Qual | 09/07/2022 | 10/07/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |
| Arbinger Institute - Developing and Implementing an Outward Mindset | 10/05/2022 | 10/06/2022 | N/A | Completed | Peace Officer - De-Escalation | 16h 0m |
| Fundamentals of Realistic De-Escalation | 06/23/2022 | 06/30/2022 | N/A | Completed | Peace Officer - De-Escalation | 8h 0m |
| ALEC - Autism and Policing | 06/01/2022 | 06/30/2022 | N/A | Completed | Peace Officer - Special Needs | 4h 0m |
| DTBs | 07/01/2021 | 06/30/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 18h 0m |
| Lexipol Policy Review & Updates | 07/01/2021 | 06/30/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 9h 0m |
| Relias Online Training 2021-22 | 07/01/2021 | 06/30/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |

*For Official Use Only*

*Page 4 of 7*

Am Fork 001735

**Training History Report**
Utah Peace Officer Standards and Training

Reported by Acadis® Readiness Suite    05/22/2025

For:    **Craig, Philip WS**
POST ID    **9014-6503**

| | | | | | | |
|---|---|---|---|---|---|---|
| Rifle & Shotgun Quals & Training | 06/01/2022 | 06/17/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| EVO Skills and P.I.T Training | 04/30/2022 | 05/15/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |
| Spring Handgun Training & Qualification | 03/28/2022 | 04/29/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 0m |
| Firearms | 03/22/2022 | 03/24/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 30m |
| Sexual Harassment | 03/01/2022 | 03/18/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| Defensive Tactics & Arrest Control | 01/05/2022 | 03/14/2022 | N/A | Completed | Agency - Arrest Control Techniques | 4h 0m |
| EVO Pursuit & Felony Stop Training | 02/19/2022 | 03/05/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 0m |
| CPR/BLS Training | 01/04/2022 | 02/10/2022 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| 2021 UCSO Annual Training for Enforcement & Support Services | 11/16/2021 | 11/16/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 7h 0m |
| Handgun, Rifle, Shotgun Qualifications | 10/04/2021 | 10/04/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 0m |
| Firearms | 09/20/2021 | 09/23/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 30m |
| De-escalation | 08/26/2021 | 08/26/2021 | N/A | Completed | Agency - De-Escalation | 4h 0m |
| De-Escalation | 08/17/2021 | 08/19/2021 | N/A | Completed | Agency - De-Escalation | 1h 0m |
| POST Intoxilyzer Operator - POST Intoxilyzer Operator - Online Exam July 2021 | 07/01/2021 | 07/01/2021 | 96.00% | Graduated - 08/26/2021 | | 4h 0m |
| POST Radar/Lidar Operator - POST Radar/Lidar Operator - Online Exam - July 2021 | 07/01/2021 | 07/01/2021 | 84.00% | Graduated - 08/26/2021 | | 4h 0m |
| Daily Training Bulletins | 07/01/2020 | 06/10/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 9h 42m |

Am Fork 001736

*Reported by Acadis® Readiness Suite*    05/22/2025

For:  **Craig, Philip WS**
POST ID  **9014-6503**

| Training | Start Date | End Date | | Status | Category | Hours |
|---|---|---|---|---|---|---|
| Safety Training | 07/01/2020 | 06/10/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 3h 30m |
| Firearms Training | 05/25/2021 | 05/28/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 30m |
| Department Training | 05/18/2021 | 05/19/2021 | N/A | Completed | POST InService - General | 4h 0m |
| High Deseret Narcotics Certification | 02/26/2021 | 02/26/2021 | N/A | Completed | POST InService - General | 3h 0m |
| SWAT | 02/11/2021 | 02/11/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Virtra | 01/26/2021 | 01/28/2021 | N/A | Completed | Peace Officer - Agency Specific Topics | 1h 0m |
| Bias Training | 09/01/2020 | 12/31/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 6h 0m |
| Taser Training | 10/05/2020 | 12/17/2020 | N/A | Completed | | 2h 0m |
| OC Training | 11/10/2020 | 11/11/2020 | N/A | Completed | | 2h 0m |
| Active Shooter Training | 09/08/2020 | 09/14/2020 | N/A | Completed | | 4h 0m |
| Firearms | 08/25/2020 | 08/27/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 2h 30m |
| Narcotics Detector Dog | 07/01/2020 | 08/21/2020 | N/A | Completed | POST InService - General | 320h 0m |
| Field Force Team | 07/06/2020 | 07/06/2020 | N/A | Completed | Peace Officer - Agency Specific Topics | 4h 0m |
| Daily Training Bulletins | 01/01/2020 | 06/25/2020 | N/A | Completed | | 16h 0m |
| Safety Training | 07/01/2019 | 06/25/2020 | N/A | Completed | | 3h 0m |
| Stop Stick Training | 06/16/2020 | 06/17/2020 | N/A | Completed | | 2h 0m |
| Deescalation Training | 06/08/2020 | 06/09/2020 | N/A | Completed | | 2h 0m |
| Field Force | 06/02/2020 | 06/02/2020 | N/A | Completed | | 4h 0m |
| Virtra | 05/26/2020 | 05/28/2020 | N/A | Completed | | 1h 0m |
| Field Force Officer Training | 05/04/2020 | 05/04/2020 | N/A | Completed | | 4h 0m |
| SWAT Training | 04/16/2020 | 04/16/2020 | N/A | Completed | | 8h 0m |
| SWAT | 03/11/2020 | 03/11/2020 | N/A | Completed | | 6h 0m |

*For Official Use Only*

*Page 6 of 7*

# Training History Report
Utah Peace Officer Standards and Training

*Reported by Acadis® Readiness Suite*

05/22/2025

For: **Craig, Philip WS**
POST ID   **9014-6503**

| | | | | | | |
|---|---|---|---|---|---|---|
| Drug Interdiction | 02/12/2020 | 02/12/2020 | N/A | Completed | | 1h 30m |
| SWAT Training | 02/07/2020 | 02/07/2020 | N/A | Completed | | 5h 0m |
| Firearms Training | 01/27/2020 | 01/27/2020 | N/A | Completed | | 2h 0m |
| Mental Health and PTSD Training | 01/06/2020 | 01/06/2020 | N/A | Completed | | 2h 0m |
| Firearms Training | 11/19/2019 | 11/19/2019 | N/A | Completed | | 2h 0m |
| Virtra Training | 10/28/2019 | 10/30/2019 | N/A | Completed | | 2h 0m |
| SWAT Training | 08/15/2019 | 08/15/2019 | N/A | Completed | | 2h 0m |
| SWAT Training | 08/15/2019 | 08/15/2019 | N/A | Completed | | 3h 0m |
| Tazer Training | 07/23/2019 | 07/23/2019 | N/A | Completed | | 3h 0m |
| Daily Training Bulletins | 07/02/2018 | 06/20/2019 | N/A | Completed | | 16h 0m |
| Department Training | 06/06/2019 | 06/06/2019 | N/A | Completed | | 4h 30m |
| Criminal Patrol & Hidden Compartments | 04/23/2019 | 04/24/2019 | N/A | Completed | | 16h 0m |
| Phlebotomy | 04/23/2019 | 04/24/2019 | N/A | Completed | | 12h 0m |
| Drug Recognition Expert Training and School | 03/04/2019 | 03/15/2019 | N/A | Completed | | 80h 0m |
| Virtra/Firearms Training | 01/07/2019 | 01/11/2019 | N/A | Completed | | 3h 30m |
| Marijuana Prop 2 Compromise & FST Training | 12/31/2018 | 12/31/2018 | N/A | Completed | | 2h 0m |
| Patrol Carbine Familiarization | 12/03/2018 | 12/03/2018 | N/A | Completed | | 10h 0m |
| Chronic State Marijuana | 11/27/2018 | 11/27/2018 | N/A | Completed | | 1h 0m |
| POST InService Online Courses - eWarrants Online Course | 11/11/2018 | 11/13/2018 | 50.00% | Completed - Passed | POST InService - General | 1h 0m |
| CIT Training | 11/05/2018 | 11/08/2018 | N/A | Completed | | 40h 0m |
| Firearms/Virtra | 09/04/2018 | 09/07/2018 | N/A | Completed | | 3h 30m |
| POST EVO Basic Course - FY19 - EVO Accelerated Basic  - July - Self Sponsored | 07/27/2018 | 07/29/2018 | 100.00% | Graduated - 07/29/2018 | | 40h 0m |
| POST Basic Law Enforcement Officer - UVU 38 LEO | 02/28/2018 | 07/03/2018 | 86.00% | Graduated - 07/03/2018 | | 304h 0m |
| POST Basic Special Function Officer - UVU SFO 2017-2 | 09/05/2017 | 11/21/2017 | 86.00% | Graduated - 11/21/2017 | | 219h 0m |

**Total Hours   (1359h 12m)**

A grade of ## indicates that the weights for this class are not valid and grades cannot be calculated.

## Education

No education data exists.

## Miscellaneous

No miscellaneous data exists.

*For Official Use Only*

Am Fork 001738