# **Exhibit C**

10/15/2025                                     Bennett Tueller Johnson & Deere
4:14 PM                                          A/R Transaction Listing                                    Page        1

---

### Selection Criteria

---

| A/R.Transaction Date | Earliest - 10/14/2025 |
|---|---|
| Clie.Selection | Include: Cedar Hills City-Thorpe |
| A/R.Classification | Open |

---

'B' for Billed.  'P' for Posted.

| ID | Type | | Client | Total |
|---|---|---|---|---|
| Date | Invoice # | | Check Number | |
| 242240 | INV | B | Cedar Hills City-Thorpe | 990.00 |
| 8/11/2023 | G:269811 | | | |
| | Invoice No. 269811 | | | |
| 242690 | PAY | B | Cedar Hills City-Thorpe | (990.00) |
| 8/28/2023 | G:271321 | | 48122 | |
| | Payment - Thank You. Check No. 48122 | | | |
| 244247 | INV | B | Cedar Hills City-Thorpe | 8092.50 |
| 9/26/2023 | G:271321 | | | |
| | Invoice No. 271321 | | | |
| 245263 | PAY | B | Cedar Hills City-Thorpe | (8092.50) |
| 10/12/2023 | G:272677 | | 48236 | |
| | Payment - Thank You. Check No. 48236 | | | |
| 245705 | INV | B | Cedar Hills City-Thorpe | 1077.50 |
| 10/23/2023 | G:272677 | | | |
| | Invoice No. 272677 | | | |
| 246067 | PAY | B | Cedar Hills City-Thorpe | (1077.50) |
| 11/6/2023 | G:273898 | | 48328 | |
| | Payment - Thank You. Check No. 48328 | | | |
| 246927 | INV | B | Cedar Hills City-Thorpe | 3265.00 |
| 11/10/2023 | G:273898 | | | |
| | Invoice No. 273898 | | | |
| 247452 | PAY | B | Cedar Hills City-Thorpe | (3265.00) |
| 11/27/2023 | G:274770 | | 48364 | |
| | Payment - Thank You. Check No. 48364 | | | |
| 248129 | INV | B | Cedar Hills City-Thorpe | 4448.28 |
| 12/11/2023 | G:274770 | | | |
| | Invoice No. 274770 | | | |
| 248807 | PAY | B | Cedar Hills City-Thorpe | (4448.28) |
| 12/18/2023 | G:276528 | | 48413b | |
| | Payment - Thank You. Check No. 48413b | | | |

CH000358

10/15/2025                                     Bennett Tueller Johnson & Deere
4:14 PM                                          A/R Transaction Listing                                    Page      2

| ID | Type | | Client | Total |
| Date | Invoice # | | Check Number | |
|---|---|---|---|---|
| 250022 | INV | B | Cedar Hills City-Thorpe | 1170.74 |
| 1/9/2024 | G:276528 | | | |
| | Invoice No. 276528 | | | |
| 251774 | INV | B | Cedar Hills City-Thorpe | 3090.00 |
| 2/12/2024 | G:278127 | | | |
| | Invoice No. 278127 | | | |
| 252141 | PAY | B | Cedar Hills City-Thorpe | (4260.74) |
| 2/20/2024 | G:280366 | 48565 | | |
| | Payment - Thank You. Check No. 48565 | | | |
| 254559 | INV | B | Cedar Hills City-Thorpe | 2441.25 |
| 4/8/2024 | G:280366 | | | |
| | Invoice No. 280366 | | | |
| 255599 | PAY | B | Cedar Hills City-Thorpe | (2441.25) |
| 4/24/2024 | G:282569 | 48727 | | |
| | Payment - Thank You. Check No. 48727 | | | |
| 256881 | INV | B | Cedar Hills City-Thorpe | 53.75 |
| 5/15/2024 | G:282569 | | | |
| | Invoice No. 282569 | | | |
| 258387 | INV | B | Cedar Hills City-Thorpe | 1531.44 |
| 6/13/2024 | G:283972 | | | |
| | Invoice No. 283972 | | | |
| 258533 | PAY | B | Cedar Hills City-Thorpe | (53.75) |
| 6/17/2024 | G:285316 | 48886 | | |
| | Payment - Thank You. Check No. 48886 | | | |
| 259808 | INV | B | Cedar Hills City-Thorpe | 1832.09 |
| 7/11/2024 | G:285316 | | | |
| | Invoice No. 285316 | | | |
| 260176 | PAY | B | Cedar Hills City-Thorpe | (1531.44) |
| 7/19/2024 | G:286696 | 48987 | | |
| | Payment - Thank You. Check No. 48987 | | | |
| 261435 | INV | B | Cedar Hills City-Thorpe | 4005.00 |
| 8/13/2024 | G:286696 | | | |
| | Invoice No. 286696 | | | |
| 261659 | PAY | B | Cedar Hills City-Thorpe | (1832.09) |
| 8/19/2024 | G:288052 | 49088 | | |
| | Payment - Thank You. Check No. 49088 | | | |

CH000359

Bennett Tueller Johnson & Deere
A/R Transaction Listing

| ID | Type | | Client | Total |
|----|------|---|--------|-------|
| Date | Invoice # | | Check Number | |
| 261980 | PAY | B | Cedar Hills City-Thorpe | (4005.00) |
| 9/3/2024 | G:288052 | | 49127 | |
| | Payment - Thank You. Check No. 49127 | | | |
| 262976 | INV | B | Cedar Hills City-Thorpe | 1455.00 |
| 9/12/2024 | G:288052 | | | |
| | Invoice No. 288052 | | | |
| 263699 | PAY | B | Cedar Hills City-Thorpe | (1455.00) |
| 10/7/2024 | G:289716 | | 49237 | |
| | Payment - Thank You. Check No. 49237 | | | |
| 264831 | INV | B | Cedar Hills City-Thorpe | 1748.75 |
| 10/16/2024 | G:289716 | | | |
| | Invoice No. 289716 | | | |
| 266569 | PAY | B | Cedar Hills City-Thorpe | (1748.75) |
| 11/13/2024 | G:291345 | | 49322 | |
| | Payment - Thank You. Check No. 49322 | | | |
| 266739 | INV | B | Cedar Hills City-Thorpe | 5271.38 |
| 11/18/2024 | G:291345 | | | |
| | Invoice No. 291345 | | | |
| 267104 | PAY | B | Cedar Hills City-Thorpe | (5271.38) |
| 12/2/2024 | G:292823 | | 49386 | |
| | Payment - Thank You. Check No. 49386 | | | |
| 268213 | INV | B | Cedar Hills City-Thorpe | 1562.50 |
| 12/11/2024 | G:292823 | | | |
| | Invoice No. 292823 | | | |
| 269994 | INV | B | Cedar Hills City-Thorpe | 1690.00 |
| 1/14/2025 | G:294323 | | | |
| | Invoice No. 294323 | | | |
| 270283 | PAY | B | Cedar Hills City-Thorpe | (1562.50) |
| 1/21/2025 | G:295908 | | 49482 | |
| | Payment - Thank You. Check No. 49482 | | | |
| 271446 | PAY | B | Cedar Hills City-Thorpe | (1690.00) |
| 2/10/2025 | G:295908 | | 49533 | |
| | Payment - Thank You. Check No. 49533 | | | |
| 271807 | INV | B | Cedar Hills City-Thorpe | 1771.42 |
| 2/11/2025 | G:295908 | | | |
| | Invoice No. 295908 | | | |

CH000360

10/15/2025                          Bennett Tueller Johnson & Deere
4:14 PM                             A/R Transaction Listing                                      Page      4

| ID | Type | | Client | | Total |
|----|------|---|--------|---|-------|
| Date | Invoice # | | Check Number | | |
| 272366 | PAY | B | Cedar Hills City-Thorpe | | (1771.42) |
| 2/24/2025 | G:297378 | | 49574 | | |
| | Payment - Thank You. Check No. 49574 | | | | |
| 273569 | INV | B | Cedar Hills City-Thorpe | | 572.50 |
| 3/11/2025 | G:297378 | | | | |
| | Invoice No. 297378 | | | | |
| 274304 | PAY | B | Cedar Hills City-Thorpe | | (572.50) |
| 3/31/2025 | G:298878 | | 49669 | | |
| | Payment - Thank You. Check No. 49669 | | | | |
| 275313 | INV | B | Cedar Hills City-Thorpe | | 12562.50 |
| 4/10/2025 | G:298878 | | | | |
| | Invoice No. 298878 | | | | |
| 275830 | PAY | B | Cedar Hills City-Thorpe | | (12562.50) |
| 4/22/2025 | G:300710 | | 49717 | | |
| | Payment - Thank You. Check No. 49717 | | | | |
| 277473 | INV | B | Cedar Hills City-Thorpe | | 4887.06 |
| 5/15/2025 | G:300710 | | | | |
| | Invoice No. 300710 | | | | |
| 277822 | PAY | B | Cedar Hills City-Thorpe | | (4887.06) |
| 5/30/2025 | G:301288 | | 49868 | | |
| | Payment - Thank You. Check No. 49868 | | | | |
| 278284 | INV | B | Cedar Hills City-Thorpe | | 3710.00 |
| 6/9/2025 | G:301288 | | | | |
| | Invoice No. 301288 | | | | |
| 279392 | PAY | B | Cedar Hills City-Thorpe | | (3710.00) |
| 6/23/2025 | G:303071 | | 49946 | | |
| | Payment - Thank You. Check No. 49946 | | | | |
| 280238 | INV | B | Cedar Hills City-Thorpe | | 2786.80 |
| 7/10/2025 | G:303071 | | | | |
| | Invoice No. 303071 | | | | |
| 281002 | PAY | B | Cedar Hills City-Thorpe | | (2786.80) |
| 7/25/2025 | G:304944 | | 50050 | | |
| | Payment - Thank You. Check No. 50050 | | | | |
| 282214 | INV | B | Cedar Hills City-Thorpe | | 267.50 |
| 8/14/2025 | G:304944 | | | | |
| | Invoice No. 304944 | | | | |

CH000361

10/15/2025                              Bennett Tueller Johnson & Deere
4:14 PM                                      A/R Transaction Listing                                    Page      5

| ID      | Type      |   | Client              | Total |
|---------|-----------|---|---------------------|-------|
|         | Date      | Invoice # | Check Number |  |
| 282881  | PAY       | B | Cedar Hills City-Thorpe | (267.50) |
| 8/28/2025 | G:306292 |   | 50126 |  |
|         | Payment - Thank You. Check No. 50126 |   |  |  |
| 283836  | INV       | B | Cedar Hills City-Thorpe | 267.50 |
| 9/10/2025 | G:306292 |   |  |  |
|         | Invoice No. 306292 |   |  |  |
| 284595  | PAY       | B | Cedar Hills City-Thorpe | (267.50) |
| 9/25/2025 | G:307951 |   | 50186 |  |
|         | Payment - Thank You. Check No. 50186 |   |  |  |
| 285634  | INV       | B | Cedar Hills City-Thorpe | 8537.63 |
| 10/9/2025 | G:307951 |   |  |  |
|         | Invoice No. 307951 |   |  |  |

Grand Total
   Invoice                                                                                      79088.09
   Payment                                                                                    (70550.46)

**CH000362**